AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: acnelson@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEX JEROME WELSH, | Case No. 3:23-cv-00313-MMD-CSD |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| LONGAKIT, et al., | |
| Defendants. | |

    Plaintiff, Alex Jerome Welsh, *pro se*, and Interested Party, the Nevada Department of Corrections (NDOC), by and through counsel Aaron D. Ford, Attorney General, and Andrew C. Nelson, Senior Deputy Attorney General, hereby

///
///
///
///
///
///
///
///
///

stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 17 of May 2024.

By: *Alex Jerome Welsh*
Alex Jerome Welsh, #1138892
*Plaintiff, pro se*

DATED this 20th of June 2024.

AARON D. FORD
Attorney General

By: /s/Andrew C. Nelson
Andrew C. Nelson (Bar No. 15971)
Senior Deputy Attorney General
*Attorneys for Interested Party, NDOC*

IT IS SO ORDERED.

DATED this 21st day of June, 2024.

_____
CHIEF U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

  I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 20, 2024, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

  Alex Jerome Welsh, #1198863
  Ely State Prison
  P. O. Box 1989
  Ely, NV 89301

               /s/ _____
               An employee of the
               Office of the Nevada Attorney General